NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TAMARA WORLEY, individually; and      )
as mother and natural guardian of      )
ROCKWELL WORLEY, a minor child;      )
as mother and natural guardian of      )
MACRYDER WORLEY, a minor child;      )
and as Personal Representative of the      )
Estate of Ransom Worley, Deceased,      )
                                                              )
            Appellants,                      )
                                                              )
                                                              )
v.                                                          )          Case Nos. 2D16-3251
                                                              )                          2D16-3702
GALLAGHER & HAGOPIAN, P.L.;      )
ROBERT ELLIOTT, as Personal      )          CONSOLIDATED
Representative of the Estate of Laurence      )
B. Worley, Deceased; G. LOGAN      )
ELLIOTT, as Personal Representative of      )
the Estate of Merritt H. Duryea, Deceased;      )
VALERIE A. DURYEA; and PARTY ON,      )
INC. d/b/a GECKO'S GRILL & PUB SR.      )
70,                                                        )
                                                              )
            Appellees.                      )
_____ )

Opinion filed April 25, 2018.

Appeal from the Circuit Court for Manatee
County; Gilbert A. Smith, Jr., Judge.

Perry Tanksley, Sarasota, for Appellants.

George A. Vaka of Vaka Law Group, P.L.,
Tampa, for Appellees Gallagher &

Hagopian, P.L. and Robert Elliott, Personal
Representative of the Estate of Laurence B.
Worley.

Richard A. Sherman, Sr., and James W.
Sherman of Richard A. Sherman, P.A., Fort
Lauderdale; Scott B. Albee of Fulmer, Leroy
& Albee, PLLC., Tampa, for Appellee
Party On, Inc., d/b/a Gecko's Grill & Pub
SR. 70

No appearance for Appellees G. Logan
Elliottt as Personal Representative of the
Estate of Merritt H. Duryea, Deceased;
and Valerie A. Duryea.

PER CURIAM.

Dismissed.  See Fla. R. App. P. 9.170(b)(10) and (24); Brunson v. McKay,
905 So. 2d 1058, 1060 (Fla. 2d DCA 2005).

LaROSE, C.J., and KHOUZAM and LUCAS, JJ., Concur.